# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2017

154667

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

HENRY FORD MACOMB,
      Plaintiff-Appellee,

v

                                              SC: 154667
                                              COA: 327572

FARMERS INSURANCE EXCHANGE,
      Defendant-Appellant.
                                              Wayne CC: 14-009971-NF

_____/

      On order of the Court, the application for leave to appeal the September 20, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2017
             

a1017
                                          Clerk